

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2015

No. 04-15-00523-CR

Daniel **ORTEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 436539
The Honorable Tommy Stolhandske, Judge Presiding

### ORDER

In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant, in relation to this appeal, because he qualifies as an indigent under TEX. R. APP. P. 20.1.

It is so **ORDERED** on September 30, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2015.

_____
Keith E. Hottle, Clerk